IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNETH RAY AINSWORTH**                                                                                     **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:05cv297LG-JMR**

**GEORGE PAYNE AND HARRISON COUNTY**                                               **DEFENDANTS**

**FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [21-1] entered in this cause on September 21, 2006.  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed pursuant to FED. R. CIV. P. 41(b).  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 10th day of October, 2006.

*S/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATE DISTRICT JUDGE